# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Luz D Marichal fka Luz D Ramos fdba Bacalao Fresh Super Market Inc.<br>　　　　　　　　Debtor | CHAPTER 7<br><br>BKY. NO. 18-14614 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734