# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence Edward Fusaro<br>      Michele JoAnn Marmero<br><br>                    <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 15-17318 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                Respectfully submitted,

                            **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                            Rebecca A. Solarz, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322 FAX (215) 627-7734