# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence Edward Fusaro<br>Michele JoAnn Marmero<br>Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 15-17318 AMC |
| Lawrence Edward Fusaro<br>Michele JoAnn Marmero<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY, VIN: 4T4BF1FK7FR504280 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 23rd day of August , 2018.

Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Lawrence Edward Fusaro
904 Newport Road
Bristol, PA 19007

Michele JoAnn Marmero
904 Newport Road
Bristol, PA 19007

Michele Perez Capilato
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532