United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-17318-amc
Lawrence Edward Fusaro    Chapter 13
Michele JoAnn Marmero
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer    Page 1 of 1    Date Rcvd: Aug 23, 2018
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db/jdb         +Lawrence Edward Fusaro,   Michele JoAnn Marmero,    904 Newport Road,    Bristol, PA 19007-2462
13616669       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
       DAVID   NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
    vbarber@udren.com
       DAVID   NEEREN    on behalf of Creditor    PNC Bank, N.A. dneeren@udren.com,   vbarber@udren.com
       MICHELE PEREZ CAPILATO    on behalf of Debtor Lawrence Edward Fusaro perezcapilatolaw@yahoo.com,
    michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com
       MICHELE PEREZ CAPILATO    on behalf of Joint Debtor Michele JoAnn Marmero
    perezcapilatolaw@yahoo.com,   michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com
       MORRIS ANTHONY SCOTT    on behalf of Creditor    PNC Bank, N.A. mscott@udren.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
    bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
       WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
    ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                        TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Lawrence Edward Fusaro<br>　　　　　Michele JoAnn Marmero<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　vs. | NO. 15-17318 AMC |
| Lawrence Edward Fusaro<br>Michele JoAnn Marmero<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

　　The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

　　ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY, VIN: 4T4BF1FK7FR504280  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  23rd  day of  August , 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Lawrence Edward Fusaro
904 Newport Road
Bristol, PA 19007

Michele JoAnn Marmero
904 Newport Road
Bristol, PA 19007

Michele Perez Capilato
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532