United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-17318-amc
Lawrence Edward Fusaro                                              Chapter 13
Michele JoAnn Marmero
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia             Page 1 of 1           Date Rcvd: Mar 27, 2019
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db/jdb        +Lawrence Edward Fusaro,   Michele JoAnn Marmero,   904 Newport Road,   Bristol, PA 19007-2462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
              DAVID   NEEREN    on behalf of Creditor    PNC Bank, N.A. dneeren@udren.com,  vbarber@udren.com
              DAVID   NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor Lawrence Edward Fusaro perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com
              MICHELE PEREZ CAPILATO    on behalf of Joint Debtor Michele JoAnn Marmero
               perezcapilatolaw@yahoo.com,  michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    PNC Bank, N.A. mscott@udren.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lawrence Edward Fusaro<br>Michele JoAnn Marmero<br>　　　　Debtors | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>　　　　Movant<br>vs. | NO. 15-17318 AMC |
| Lawrence Edward Fusaro<br>Michele JoAnn Marmero<br>　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$4,443.68**, which breaks down as follows;

Post-Petition Payments:　　　　January 2019 to March 2019 at $1,406.72/month
Suspense Balance:　　　　　　 $26.48
Fees & Costs Relating to Motion: $250.00
**Total Post-Petition Arrears**　　 **$4,443.68**

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on April 1, 2019 and continuing through June 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,406.72** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,481.23 from April 2019 to May 2019 and $1,481.22 for June 2019** towards the arrearages on or before the last day of each month at the address below;

PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION
3232 Newmark Drive
Miamisburg, OH 45342

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:  March 7, 2019

By: /s/ Rebecca A. Solarz,, Esquire
Attorney for Movant

Date: 3.20.19

Michele Perez Capilato, Esquire
Attorney for Debtors

Date: 3-22-19

JM C/ William C. Miller, Esquire
Chapter 13 Trustee    No objection

Approved by the Court this 27th day of March, 2019. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan