### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Lawrence Edward Fusaro and
Michele JoAnn Marmero
                Debtor(s)

Case No: 15−17318−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of default filed by PNC Bank National Association and
objection filed by debtors

on: 8/20/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  7/22/19

Timothy B. McGrath
Clerk of Court

95 − 93, 94
Form 167