# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lawrence Edward Fusaro<br>　　　　Michele JoAnn Marmero<br>　　　　　　　　　　Debtors | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　　　Movant<br>　　　vs. | |
| Lawrence Edward Fusaro<br>Michele JoAnn Marmero<br>　　　　　　　　　　Debtors | NO. 15-17318 AMC |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Certification of Default of Stipulation of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about July 19, 2019 (Document No. 93).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

July 23, 2019