United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lawrence Edward Fusaro  
Michele JoAnn Marmero  
     Debtors  

Case No. 15-17318-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Jul 22, 2019  
                         Form ID: 167      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
db/jdb      +Lawrence Edward Fusaro,   Michele JoAnn Marmero,   904 Newport Road,   Bristol, PA 19007-2462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2019 at the address(es) listed below:
        DAVID NEEREN    on behalf of Creditor   PNC Bank, N.A. dneeren@udren.com, vbarber@udren.com  
        DAVID NEEREN    on behalf of Creditor   PNC Bank, National Association dneeren@udren.com, vbarber@udren.com  
        MICHELE PEREZ CAPILATO   on behalf of Debtor Lawrence Edward Fusaro perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com  
        MICHELE PEREZ CAPILATO   on behalf of Joint Debtor Michele JoAnn Marmero perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com  
        Morris ANTHONY Scott    on behalf of Creditor   PNC Bank, N.A. pabk@logs.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   American Honda Finance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                   TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lawrence Edward Fusaro and
Michele JoAnn Marmero
    Debtor(s)

Case No: 15−17318−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of default filed by PNC Bank National Association and objection filed by debtors

    on: 8/20/19

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 7/22/19

For The Court

Timothy B. McGrath
Clerk of Court

95 − 93, 94
Form 167