**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| Lawrence Edward Fusaro | : | **CHAPTER 13** |
| Michele JoAnn Marmero | : |  |
|  | : |  |
| Debtors | : | No. 15-17318 AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

**Lawrence Edward Fusaro and Michele JoAnn Marmero,** the above-captioned Debtors, have filed a Motion with the court to Approve Loan Modification with PNC Bank National Association.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion then **on or before October 15, 2019**, you or your attorney must do all of the following:

> (a) file an objection explaining your position at
> Clerk's Office
> United States Bankruptcy Court
> Robert N.C. Nix Building, 4th Floor
> 900 Market Street
> Philadelphia, PA 19107

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b) mail a copy to the movant's attorney:
> Michele Perez Capilato, Esquire
> 500 Office Center Drive
> Suite 400
> Fort Washington, PA 19034
> phone: (267) 513-1777
> fax: 1(866) 535-8160

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on November 12, 2019 at 11AM in Courtroom #4**, United States Bankruptcy Court, Robert N.C. Nix Building, 2nd Floor, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an objection.

Dated:  October 1, 2019                                             /s/ Michele Perez Capilato
                                                                                    Michele Perez Capilato, Esquire