UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CHAPTER 13 |
| Lawrence Edward Fusaro | : | |
| Michele JoAnn Marmero | : | |
| | : | |
| Debtors | : | No. 15-17318 AMC |

## O R D E R

**AND NOW**, this _____ day of _____, 2019, it is hereby **ORDERED** that if Lawrence Edward Fusaro and Michele JoAnn Marmero (the "Debtors") and PNC Bank National Association ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtors shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

ASHELY M. CHAN
UNITED STATES BANKRUPTCY
JUDGE

CC.

Michele Perez Capilato, Esquire
500 Office Center Drive
4th Floor
Fort Washington PA 19034
Attorney for Debtors

William C. Miller, Chapter 13 Trustee (electronically)
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Lawrence Edward Fusaro
Michele JoAnn Marmero
904 Newport Rd.
Bristol, PA 19007

Rebecca A. Solarz, Esquire
KML Law Group
BNY Mellon Independence Center
701 Market Street, Ste 5000
Philadelphia PA 19106
Attorney for PNC Mortgage National Association

Rebecca A. Solarz, Esquire
KML Law Group
BNY Mellon Independence Center
701 Market Street, Ste 5000
Philadelphia PA 19106
Attorney for Toyota Motor Credit Corporation

ECMC
PO Box 16408
St. Paul, MN 55116-0408

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

William Edward Craig
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown NJ 08057
Attorney for American Honda Finance Corporation