**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  | : | **CHAPTER 13** |
| --- | --- | --- | --- |
| **Lawrence Edward Fusaro** |  | : |  |
| **Michele JoAnn Marmero** |  | : |  |
|  |  | : |  |
|  | **Debtors** | : | **No. 15-17318 AMC** |

## CERTIFICATE OF SERVICE

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the foregoing Motion to Approve Loan Modification, was sent via First Class mail, unless otherwise noted, to the following parties:

William C. Miller, Chapter 13 Trustee (electronically)
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Lawrence Edward Fusaro
Michele Joann Marmero
904 Newport Rd.
Bristol, PA 19007

Rebecca A. Solarz, Esquire
KML Law Group
BNY Mellon Independence Center
701 Market Street, Ste 5000
Philadelphia PA 19106
Attorney for PNC Mortgage National Association

Rebecca A. Solarz, Esquire
KML Law Group
BNY Mellon Independence Center
701 Market Street, Ste 5000
Philadelphia PA 19106
Attorney for Toyota Motor Credit Corporation

ECMC
PO Box 16408
St. Paul, MN 55116-0408

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

William Edward Craig
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown NJ 08057
Attorney for American Honda Finance Corporation

DATE:  October 1, 2019                                                       /s/Michele Perez Capilato, Esquire
                                                                                              Michele Perez Capilato, Esquire