**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| **Lawrence Edwards Fusaro** | : |  |
| **Michele JoAnn Marmero** | : |  |
|  | : |  |
| Debtors | : | No. 15-`17318 AMC |

## CERTIFICATE OF NO RESPONSE

COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtors, and hereby certifies that **no objection** to the Motion to Approve Loan Modification, has been received as of this date, after being served upon interested parties on October 1, 2019.

October 16, 2019                                              Respectfully Submitted,

/s/Michele Perez Capilato
Michele Perez Capilato, Esquire
Attorney I.D.  No.  90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160
Michelecapilatolaw@gmail.com