United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lawrence Edward Fusaro  
Michele JoAnn Marmero  
    Debtors

Case No. 15-17318-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 13, 2019  
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
cr            ECMC,    PO BOX 16408,    SAINT PAUL, MN   55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 03:48:14      Synchrony Bank,  
    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
    Miami, FL   33131-1605  
                                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

       DAVID    NEEREN     on behalf of Creditor     PNC Bank, N.A. dneeren@udren.com,   vbarber@udren.com  
       DAVID    NEEREN     on behalf of Creditor     PNC Bank, National Association dneeren@udren.com, vbarber@udren.com  
       MICHELE PEREZ CAPILATO     on behalf of Debtor Lawrence Edward Fusaro perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com  
       MICHELE PEREZ CAPILATO     on behalf of Joint Debtor Michele JoAnn Marmero perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com  
       Morris ANTHONY Scott     on behalf of Creditor     PNC Bank, N.A. pabk@logs.com  
       REBECCA ANN SOLARZ     on behalf of Creditor     PNC Bank, National Association bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ     on behalf of Creditor     PNC Bank, N.A. bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ     on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
       WILLIAM EDWARD CRAIG     on behalf of Creditor     American Honda Finance Corporation ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                         TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Lawrence Edward Fusaro : CHAPTER 13
Michele JoAnn Marmero :
:
Debtors : No. 15-17318 AMC

**ORDER**

**AND NOW**, this _____ day of __Nov_____, 2019, it is hereby **ORDERED** that if Lawrence Edward Fusaro and Michele JoAnn Marmero (the "Debtors") and PNC Bank National Association ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtors shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

ASHELY M. CHAN
UNITED STATES BANKRUPTCY
JUDGE

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive
4th Floor
Fort Washington PA 19034
Attorney for Debtors

William C. Miller, Chapter 13 Trustee (electronically)
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Lawrence Edward Fusaro
Michele JoAnn Marmero
904 Newport Rd.
Bristol, PA 19007

Rebecca A. Solarz, Esquire
KML Law Group
BNY Mellon Independence Center
701 Market Street, Ste 5000
Philadelphia PA 19106
Attorney for PNC Mortgage National Association

Rebecca A. Solarz, Esquire
KML Law Group
BNY Mellon Independence Center
701 Market Street, Ste 5000
Philadelphia PA 19106
Attorney for Toyota Motor Credit Corporation

ECMC
PO Box 16408
St. Paul, MN 55116-0408

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

William Edward Craig
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown NJ 08057
Attorney for American Honda Finance Corporation