United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 15-17318-mdc
Lawrence Edward Fusaro  Chapter 13
Michele JoAnn Marmero
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 19, 2021     Form ID: 138NEW     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence Edward Fusaro, Michele JoAnn Marmero, 904 Newport Road, Bristol, PA 19007-2462 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 13616651 | + | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13672229 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13616653 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13616655 | | Century Eye Care LTD, 216 Mill Street, Bristol, PA 19007-4809 |
| 13850055 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13616657 | + | Grdn/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13632969 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14209699 | + | PNC Bank National Association, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13616660 | + | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13616661 | + | Revenue Recovery Corp, 612 Gay St, Knoxville, TN 37902-1603 |
| 13616663 | + | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13616667 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13616668 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14228221 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13640164 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13616669 | + | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13616670 | | Udren Law Offices, PC, Woodcrest Corporate Center, 111 Woodcrest Road, Ste 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2021 06:52:00 | American Honda Finance Corporation, P.O. Box 166469, Irving, TX 75016 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 07:00:37 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13627020 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2021 06:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13616654 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:02:03 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13635940 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:00:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13616656 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:00:40 | Chase Card, 201 N. Walnut St//de1-1027, Wilmington, DE 19801 |
| 13704648 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2021 06:52:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13616658 | + | Email/Text: Bankruptcies@nragroup.com | Jan 20 2021 06:53:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 13616659 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2021 06:51:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 13729177 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2021 06:51:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 13714060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 06:59:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13626083 | | Email/PDF: rmscedi@recoverycorp.com | Jan 20 2021 07:00:49 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13616662 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 20 2021 06:51:00 | Revenue Recovery Corp, 7005 Middlebrook Pike, POB 50250, Knoxville, TN 37950-0250 |
| 13616664 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 07:00:37 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 13616665 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 06:59:06 | Syncb/hh Gregg, C/o P.o. Box 965036, Orlando, FL 32896-0001 |
| 13616666 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 07:00:37 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13669005 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 06:52:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13671276 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 20 2021 06:51:00 | EMERGENCY ASSOCIATES OF LOWER BUCKS, REVENUE RECOVERY CORPORATION, PO BOX 50250, KNOXVILLE,TN 37950-0250 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13616652 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 40 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

**Name**  **Email Address**

DAVID NEEREN
on behalf of Creditor PNC Bank  N.A. dneeren@udren.com, vbarber@udren.com

DAVID NEEREN
on behalf of Creditor PNC Bank  National Association dneeren@udren.com, vbarber@udren.com

MICHELE PEREZ CAPILATO
on behalf of Joint Debtor Michele JoAnn Marmero perezcapilatolaw@yahoo.com
michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELE PEREZ CAPILATO
on behalf of Debtor Lawrence Edward Fusaro perezcapilatolaw@yahoo.com
michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MORRIS ANTHONY SCOTT
on behalf of Creditor PNC Bank  N.A. pabk@logs.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lawrence Edward Fusaro and Michele
JoAnn Marmero

       Debtor(s)                              Bankruptcy No: 15−17318−mdc

                                                                          Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                      Timothy B. McGrath
                                                                       Clerk of Court

Dated: 1/19/21

                                                                                                          109 − 107
                                                                                       Form 138_new