Certificate Number: 15111-PAE-DE-035285060

Bankruptcy Case Number: 15-17318



15111-PAE-DE-035285060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2021, at 9:22 o'clock PM EST, Lawrence Edward Fusaro completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 20, 2021      By:   /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education