Certificate Number: 15111-PAE-DE-035285059

Bankruptcy Case Number: 15-17318



15111-PAE-DE-035285059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 19, 2021</u>, at <u>9:22</u> o'clock <u>PM EST</u>, <u>Michele JoAnn Marmero</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 20, 2021</u>          By:  <u>/s/Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>